| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**FOX ROTHSCHILD LLP**<br>Jesse M. Harris, Esquire<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222<br>jesseharris@foxrothschild.com<br>telephone: (215) 299-2000; Fax: (215) 299-2150<br><br>*Counsel to Aetna Life Insurance Company* | |
| In Re:<br><br>Alysha Khan,<br><br>Debtor. | Chapter 13<br><br>Case No. 22-17986-VFP |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorney set forth below hereby appears as counsel for Aetna Life Insurance Company in the above-captioned proceeding. Pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that all notices given or required to be given in the above-captioned proceeding, be given to and served upon the following

>Jesse M. Harris
>FOX ROTHSCHILD LLP
>2000 Market Street, 20th Floor
>Philadelphia, PA 19103-3222
>Telephone: (215) 299-2000
>Facsimile: (215) 299-2150
>jesseharris@foxrothschild.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rule specified above, but also includes, without limitation, all orders and notices of an application, motion, petition, pleading, request, complaint, or demand,

139214073.1

statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance or pleading shall constitute a waiver of:

a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Judge;

b) rights to trial by jury in any proceedings as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy or pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

c) rights to seek abstention or remand of any matter or proceeding subject to mandatory discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

d) rights to receipt of service of process in all actions, causes, claims, or proceedings arising in, arising under or related to these proceedings to be served directly on Trustee;

e) rights to contest service of process; or

f) any other rights, claims, actions, defenses, set-offs or recoupments to which Aetna Life Insurance Company is or may be entitled to under any agreement, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments Aetna Life Insurance Company expressly reserves.

All of the above rights are expressly reserved and preserved by Aetna Life Insurance Company without exception.

Dated: October 20, 2022

**FOX ROTHSCHILD LLP**
*Counsel to Aetna Life Insurance Company*

By: */s/ Jesse M. Harris*
    Jesse M. Harris, Esquire

3