Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 22−17986−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aysha Khan
   dba PRESTIGE INFUSIONS LLC, dba
   GOLDEN CARE PHARMACY LLC
   116 Boonton Ave
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−1152

Employer's Tax I.D. No.:
   47−4374866, 83−3037691

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/6/22.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 6, 2022
JAN: mcp

                      Jeanne Naughton
                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Aysha Khan  
    Debtor

Case No. 22-17986-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 06, 2022      Form ID: 148      Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aysha Khan, 116 Boonton Ave, Kinnelon, NJ 07405-2910 |
| aty | + | John R Gotaskie, Jr, BNY Mellon Center, 500 Grant Street, Suite 2500, Pittsburgh, PA 15219-2510 |
| 519785082 | + | Cardinal Health 108, LLC, Attn: Erin Gapinski, Senior Counsel, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 519785040 | + | Cardinal Health 110, LLC, Attn: Erin Gapinski, Senior Counsel, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 519731864 | + | LEONITE CAPITAL LLC, 1 HILLCREST CENTER DRIVE, SUITE 232, SPRING VALLEY, NJ 10977-3752 |
| 519785041 | + | Leader Drugstores Inc., Attn: Erin Gapinski, Senior Counsel, 7000 Cardinal Place, Dublin, OH 43017-1091 |
| 519731865 | | midland mortgage, PO BOX 268806, OKLAHOMA CITY, OK 73126-8806 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | Dec 06 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | Email/Text: ustpregion03.ne.ecf@usdoj.gov | + | Dec 06 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519769791 | EDI: AIS.COM | + | Dec 07 2022 01:43:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519752303 | EDI: JPMORGANCHASE | | Dec 07 2022 01:43:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519773688 | Email/Text: bankruptcy@bbandt.com | + | Dec 06 2022 20:48:00 | Truist Bank, P.O. Box 27767, 306-40-04-95, Richmond, VA 23261-7767 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 06, 2022 | Form ID: 148 | Total Noticed: 12 |
| Date: Dec 08, 2022 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jesse M. Harris | on behalf of Creditor Aetna Life Insurance Company jesseharris@foxrothschild.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4