Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  22−17986−VFP
                Chapter:  13
                Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aysha Khan
   dba PRESTIGE INFUSIONS LLC, dba
   GOLDEN CARE PHARMACY LLC
   116 Boonton Ave
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−1152

Employer's Tax I.D. No.:
   47−4374866, 83−3037691

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 9, 2023</u>                <u>Vincent F. Papalia</u>
                                                Judge, United States Bankruptcy Court